IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. CONE, individually and as parent and natural guardian of three (3) minor children, CHANDLER CONE, NICHOLAS CONE and PEYTON CONE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ELISSA JOSEPHSOHN; DEBRA A. CONE; KATHRYN CONE; CARL INOUYE, individually and in capacity as an officer of the Honolulu Police Department; S. YANO, individually and in his capacity as a Sergeant of the Honolulu Police Department; ALEXANDER GARCIA, individually and in his capacity as a Detective of the Honolulu Police Department; BERT DEMENT, individually and in his capacity as a Lieutenant of the Honolulu Police Department; PETER CARLISLE, City and County of Honolulu Prosecuting Attorney, in his official and individual capacities; CHASTITY IMAMURA, individually, and in her official capacity as a Deputy Prosecuting Attorney for the City and County of Honolulu; VICKIE L. S. KAPP, individually, and in her official capacity as a Deputy Prosecuting Attorney for the City and County of Honolulu; THE CITY AND COUNTY OF HONOLULU; THE | CV 08-00556 JMS-LEK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | |
|---|---|
| HONOLULU POLICE DEPARTMENT; DOES 1-50 inclusive, | ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 16, 2009 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 30, 2009.



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge